# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-549-RJC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| FRED D. GODLEY, JR., et al. | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 13) of the Honorable Robert J. Conrad, Jr., the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference. See (Document No. 29).

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at **9:30 a.m. on Friday, August 7, 2015**, in Courtroom #1-1 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #1-1 and its attached conference rooms and jury deliberation room.

**SO ORDERED**.

Signed: June 4, 2015

David C. Keesler
United States Magistrate Judge